UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

TRUSTEES OF IBEW LOCAL NO. 7,        )
APPRENTICESHIP & TRAINING            )
FUND, ET AL.,                        )
      Plaintiffs                   )
                                   )
            v.                   )   C.A. No. 11-cv-30051-MAP
                                   )
NORTHLINE UTILITIES,                 )
      Defendant                    )

ORDER OF DISMISSAL

January 4, 2012

PONSOR, U.S.D.J.

    This ERISA case was filed on March 2, 2011. On October 25, 2011, this court issued an order (Dkt. No. 6) requiring a status report from Plaintiffs' counsel no later than November 14, 2011. The order indicated that "failure to comply with this order may result in dismissal of the matter for failure to prosecute." Id.

    No status report was filed by November 14, 2011. Based on this, the court hereby orders this case DISMISSED for failure to prosecute. This case may now be closed.

    It is So Ordered.

                                              /s/ Michael A. Ponsor
                                            MICHAEL A. PONSOR
                                            U. S. District Judge