# UNITED STATES DISTRICT COURT

## DISTRICT OF MASSACHUSETTS

TRUSTEES OF IBEW LOCAL NO. 7,      )
APPRENTICESHIP & TRAINING          )
FUND, ET AL.,                      )
     Plaintiff                   )
                             )
          v.                       )      **C. A. NO.** 3: 11-cv-30051 -MAP
                             )
NORTHLINE UTILITIES,               )
     Defendant                   )

## JUDGMENT IN A CIVIL CASE

Michael A. Ponsor, D.J.

[ ]  **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[X]  **Decision by the Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

    **IT IS  ORDERED AND ADJUDGED**

**JUDGMENT** of dismissal pursuant to the court's order of dismissal entered this date, dismissing plaintiff's case.


                                         SARAH A. THORNTON,
                                         CLERK OF COURT

Dated:   January 4, 2012            By  /s/ *Maurice G. Lindsay*
                                         Maurice G. Lindsay
                                         Deputy Clerk

(Civil Judgment of Dismissal- 4 (ptf v dft).wpd - 11/98)
        [jgm.]