## UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TRUSTEES OF IBEW LOCAL NO. 7, APPRENTICESHIP & TRAINING FUND, ET AL.,<br>    Plaintiff<br><br>v.<br><br>NORTHLINE UTILITIES,<br>    Defendant | C. A. NO. 3: 11-cv-30051 -MAP |

## JUDGMENT IN A CIVIL CASE

Michael A. Ponsor, D.J.

[ ] **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X] **Decision by the Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

**JUDGMENT** of dismissal pursuant to the court's order of dismissal entered this date, dismissing plaintiff's case.

|  |  |
|---|---|
|  | SARAH A. THORNTON,<br>CLERK OF COURT |
| Dated: January 4, 2012 | By /s/ Maurice G. Lindsay<br>Maurice G. Lindsay<br>Deputy Clerk |

(Civil Judgment of Dismissal- 4 (ptf v dft).wpd - 11/98)
[jgm.]